## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CONNIE JAMISON,** | ) | Case No.   18-cv-1131-MJR-RJD |
| | ) | C<small>JRA</small> T<small>RACK</small>:  B |
| *Plaintiff,* | ) | |
| vs. | ) | J<small>UDGES</small> A<small>SSIGNED</small>: |
| | ) | Chief Judge Michael J. Reagan |
| **NCC BUSINESS SERVICES, INC.,** | ) | Magistrate Judge Reona J. Daly |
| | ) | |
| *Defendant.* | ) | J<small>URY</small> T<small>RIAL</small>: |
| | ) |   August 12, 2019, at 9:00 a.m. |
| | ) | F<small>INAL</small> P<small>RETRIAL</small> C<small>ONFERENCE</small>: |
| | ) |   August 2, 2019, at 1:30 p.m. |

### SCHEDULING & DISCOVERY ORDER

**DALY, Magistrate Judge:**

Having reviewed the Plaintiff's Joint Report of the Parties and finding that the parties have complied with the requirements of F<small>ED</small>. R. C<small>IV</small>. P. 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the same.

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court.  Disclosures or discovery under F<small>ED</small>. R. C<small>IV</small>. P. 26(a) are to be filed with the Court only to the extent required by the final pretrial order, other Court order, or if a dispute arises over the disclosure or discovery and the matter has been set for briefing.

The parties should note that they may, pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 29, modify discovery dates set in the Joint Report by written stipulation, except that they may *not* modify a date if such modification would impact the deadline for the completion of all discovery, the deadline for filing dispositive motions, or the date of any court appearance.

As initially set by the Court, Jury Trial is set for **August 12, 2019 at 9:00 a.m.** and Final Pretrial Conference is set for **August 2, 2019 at 1:30 p.m.** Both settings are before Chief Judge Reagan in the Federal Courthouse, East St. Louis, Illinois.

The parties should note that the following procedures and deadlines apply to Chief Judge Reagan's cases, and are not found in the local rules:

1. Motions in limine shall be due 21 days before trial, and responses to those motions shall be due 14 days before trial.
2. Any challenges to a potential witness' testimony brought pursuant to FED. R. EVID. 702 and FED. R. EVID. 703 (i.e., *Daubert* motions) SHALL be due on or before this case's deadline for dispositive motions.

**IT IS SO ORDERED.**

**DATE:   July 31, 2018.**

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE