IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONNIE JAMISON,<br><br>**Plaintiff,**<br><br>Vs<br><br>NCC BUSINESS SERVICES, INC.,<br><br>**Defendant.** | CIVIL NO. 3:18-CV-01131<br><br>CJRA TRACK: B<br><br>PRESUMPTIVE TRIAL MONTH: August 2019<br><br>JUDGE: REONA J. DALY |

## AMENDED JOINT REPORT OF PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on July 18, 2018 with the undersigned attorneys _____ participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by March 19, 2019.

2. Plaintiff's deposition shall be taken by April 8, 2019.

3. Defendant's deposition shall be taken by April 8, 2019.

4. Motions to amend the pleadings, including the commencement of a third party action, shall be filed by October 19, 2018 (which date shall be no later than **90 days** following the Scheduling and Discovery conference).

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

      a. Plaintiff's expert(s): <u>November 16, 2018</u>.
      b. <u>Defendant's expert(s):January 15, 2019</u>

6. Depositions of expert witnesses must be taken by: Plaintiff's expert(s): <u>December 14, 2018</u>

   <u>Defendant's expert(s): February 15, 2019</u>

The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties ☐ do ☐ do not anticipate a need for an ESI protocol.

6. **Discovery** shall be completed by <u>April 8, 2019</u> (which date shall be no later than **115 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

7. All **dispositive motions** shall be filed by <u>April 23, 2019</u> (which date shall be no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

8. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot then be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED: July 26, 2018

          <u>/s/Richard A. Voytas, Jr.</u>
          Richard A. Voytas, Jr.
          Attorney for Plaintiff

          <u>/s/David M. Shultz</u>
          David M. Shultz
          Attorney for Defendant